

**ReedSmith**

Andrea J. Pincus
Direct Phone: +1 212 205 6075
Email: APincus@ReedSmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2015
```

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 26, 2015

**VIA ECF**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge United States
District Court Southern District of New York
40 Foley Square
Courtroom 443
New York, New York 10007

> Re: *SHV Gas Supply & Risk Management SAS, et al, v. O.W. Bunker USA Inc., et al.*, U.S.D.C, S.D.N.Y., Docket No. 14 Civ. 9720 (VEC)

Dear Judge Caproni:

We represent Plaintiff SHV Gas Supply & Risk Management SAS in the above-referenced case. We write on behalf of SHV and co-Plaintiff Exmar Shipping BVBA and are joined by Defendants O.W. Bunker USA, Inc., O.W. Bunker North America, Inc. and O.W. Bunker Holding North America Inc., NuStar Energy Services, Inc., and ING Bank N.V., to request that this Court adjourn the initial pre-trial conference currently scheduled, by Order dated January 16, 2015 (Dkt No. 57), for Friday, March 6, 2015 at 10 a.m.

The parties to the above-referenced action request an adjournment in light of the additional briefing schedule set forth in the Order dated February 20, 2015 (Dkt. No. 77). This is the second request for adjournment of the initial pre-trial conference. All parties have been consulted and consent to such adjournment.

The parties respectfully request that the Court adjourn the initial pre-trial conference to Friday, April 3, 2015 at 10 a.m., or to such date thereafter as may please the Court, taking into account the matters pending before this Court. The parties also reserve the right to seek further adjournments as may be warranted.

Respectfully submitted,

*Andrea Pincus*

Andrea Pincus
Counsel for Plaintiff SHV Gas Supply & Risk Management SAS

cc: Via ECF and E-mail to Counsel listed below

ReedSmith

The Honorable Valerie E. Caproni
February 26, 2015
Page 2

Natalie D. Ramsey
Timothy Sernenoro
Davis Lee Wright
Robert E. O'Connor
Vincent M. DeOrchis
**Montgomery McCracken Walker & Rhoads LLP**
Attorneys for:
O.W. Bunker USA Inc.,
O.W. Bunker North America Inc. and
O.W. Bunker Holding North America Inc.

Bruce G. Paulsen
Brian P. Maloney
**Seward & Kissel LLP**

- and -

Daniel Guyder
Joseph Badtke – Berkow
**Allen & Overy LLP**
Attorneys for ING Bank N.V.

George M. Chalos
Kerri M. D'Ambrosio
**Chalos & Co., P.C.**
Attorneys for Exmar Shipping BVBA

Thomas H. Belknap, Jr.
Keith Letourneau
**Blank Rome LLP**
Attorneys for NuStar Energy Services, Inc.

Request GRANTED. The conference scheduled for March 6, 2015, is ADJOURNED to Friday, April 3, 2015 at 10:00 a.m. The joint status letter and proposed case management plan described in the Court's Notice of Initial Pretrial Conference shall be filed no later than March 26, 2015.

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

February 27, 2015